Case: 1:24-cv-02619
Assigned To : Unassigned
Assign. Date : 9/9/2024
Description: Pro Se Gen. Civ. (F-DECK)

United States District Court
of Columbia, Washington

Tyrone Alston
(see Alston v. Turner, 1972)
317 Kentucky Ave. S.E.,
#2, W.D.C., 20003
Plaintiff

AND

U.S. Constitution (1788) (1775)
Defendant

v.

Successor-late-turner, President
of the United States, and Abraham
Lincoln

RECEIVED
Mail Room
SEP - 9 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Civil
Action
No.

## Complaint

1. Jurisdiction of this Honorable Court is pursuant to Title 28, section 1945, U.S.C., Title 28, section 1330, U.S.C., Title 28, section 1331 & 1332, U.S.C.

2. The amount in controversy exceeds $75,000.00 Dollars exclusive of interest and costs.

3. I demand a trial by a jury on all the issues involved.

4. I am a citizen of the D.C., and of the U.S.A.

Statement of the facts of the case
Memorandum of Law

1. The plaintiff respectfully states that for this

Honorable Court to, wee: Eighth (8th) Amendment
right to the U.S. Constitution, (1608-) (1775-), inasmuch,
as, so, the Ford's Theather, locatus, then, in, Washington,
D.C., whereupon, the President to the United States,
Class, Abrahams Lincoln, attendus, (a axcib), so, also,
Class, Tobn wilkes Booth, (a axcib) was there with
a handgun, (a deadly weapon, manufactures by
the weapons, manufacturer to the N.R.A., D.C.X.1.)
and thereupon aimus and targetus at, the then-former-
President to the U.S., Class Abrahams, Lincoln and thus
said weapon, to, the, President to the United States,
Class Abrahams Lincoln, killing him.

Action to proceed in forma pauperis,
pursuant to Title 28, Section 1915,
U.S.C.

_____

Comes now, Tyrone Hurt, the Plaintiff, and
respectfully moves the Honorable, U.S. District Court for
the District of Columbia, for leave to proceed in forma
pauperis, pursuant to Title 28, Section 1915, U.S.C.,
for the following reason:

1.   The Plaintiff respectfully states that by cause to
my poverty, that I am unable to pre-pay the said
costs or fees for the filing to the foregoing complaint,

and that said Plaintiff to be allowed and permitted to proceed in forma pauperis, pursuant to Title 28, Section 1915, U.H.C;

## Memorandum of Law

1. See: Founding Fathers' to the Vol. Constitution, (1608-)(1775-);
Vol. Constitution, (1608-)(1775-);
See: Title 28, Section 1915, U.H.C;
See: Blacks' Law Dictionary - (cont-);
See: The American Heritage College Dictionary;

## Relief

1. The Plaintiff seeks via total elimination and abolishment, to all movements, concerning, the late-former-President of the Vol, Abraham Lincoln; the Plaintiff seeks one (1) million dollars in punitive and monetary damages against whom ever represents the late-former-President of the United States.

### Affidavit of Poverty,
pursuant to Title 28,
Section 1915, U.H.C;

I, Tyrone Hurt, the Plaintiff, and repeatedly states that because of my poverty, that I am unable to

pre-pay the said costs or fees for the filing of the foregoing complaint, that I am unable to give security for the same, that I believe that I am entitled to the redress that I seek herein.

Certification of Service

I, Tyrone Hurt, the Plaintiff, do respectfully state that I have, upon this _2nd_ day of Sept., 2024, have sent the foregoing complaint, to the U.S. District Ct. for the District of Columbia, to make service upon the whomever represents the late-former-President to the U.S., Clr. Abraham Lincoln.

Respectfully submitted,

s/ _____ Tyrone Hurt
(Plaintiff, Pro-se)
(_____)