**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TYRONE HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No.  1:24-cv-02619 (UNA) |
| | ) |
| ABRAHAM LINCOLN, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

Currently before the Court is Plaintiff's *pro se* complaint, ECF No. 1, and application for leave to proceed *in forma pauperis* ("IFP"), ECF No. 2.  Plaintiff has been barred from proceeding IFP in both United States Court of Appeals for the District of Columbia Circuit and in this District. *See Hurt v. Soc. Sec. Admin.*, 544 F.3d 308, 311 (D.C. Cir. 2008) (per curiam) (revoking "Hurt's IFP privilege, dismiss[ing] all his appeals pending before this Court and direct[ing] the Clerk of the Court to refuse to accept any more of Hurt's civil appeals that are not accompanied by the appropriate filing fees"); *Hurt v. Unit 32,* No. 12-cv-01784 (UNA), at Memorandum Opinion, ECF No. 11 (barring Hurt from proceeding IFP in this court) (citing *Hurt v. The Declaration of Independence*, No. 07-0647 (D.D.C. Jan. 9, 2009) (same)).

Accordingly, it is hereby

**ORDERED** that Plaintiff's application for leave to proceed IFP, ECF No. 2, is **DENIED**, and it is further

**ORDERED** that this case is **DISMISSED** without prejudice and closed, subject to reopening should Plaintiff pay the $405 filing fee for this civil action and move to reopen the case.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

Date:  November 27, 2024

/s/_____
  ANA C. REYES
  United States District Judge